# United States District Court
### Northern District of New York
# CIVIL JUDGMENT

**BOARD OF TRUSTEES, SHEET METAL WORKERS LOCAL # 112 PENSION FUND; BOARD OF TRUSTEES, SHEET METAL WORKERS LOCAL # 112 ANNUITY FUND; BOARD OF TRUSTEES, SHEET METAL WORKERS # 112 WELFARE FUND; BOARD OF TRUSTEES, SHEET METAL WORKERS # 112 EDUCATION FUND; BOARD OF TRUSTEES, and LOCAL UNION # 112, SHEET METAL WORKERS INTERNATIONAL ASSOCIATION**

**Plaintiffs'**

VS.                              3:05-CV-497 (NAM) (DEP)

**STATEWIDE SHEET METAL, LLC and MICHAEL J. CASIUK**

**Defendants'**

**[X] Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That this action is hereby referred and transferred to the Northern District of New York Bankruptcy Court for administration and disposition in conjunction with the Chapter 7 Bankruptcy case of Michael J. Casiuk, individually and as President of Statewide Sheetmetal, LLC. (NDNY Bankruptcy case # 05-72866-6-sdg).

All of the above pursuant to the Order of the Honorable Norman A. Mordue, dated the 19th day of January, 2006.

| | |
|---|---|
| **JANUARY 19, 2006** | **LAWRENCE K. BAERMAN** |
| _____ | _____ |
| **DATE** | **CLERK OF COURT** |
| | s/ |
| | _____ |
| | **JOANNE BLESKOSKI** |
| | **DEPUTY CLERK** |